**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ACCORD INSURANCE NETWORK
OF AMERICA, INC.,
    Plaintiff,

v.                                                                          Case No.: 3:07-cv-936-HES-MCR

JAMES NORMAN SAPP and
ACCORD INSURANCE NETWORK, INC.,
    Defendant.
_____/

## ORDER

Before the Court is the Joint Motion to Stay Defendants' Motion for Summary Judgment and Motion to Dissolve Temporary Injunction. (Doc. No. 45, filed March 4, 2008.) On February 21, 2008, Defendants filed a motion seeking summary judgment, and dissolution of a temporary injunction entered earlier in this case. (Doc. No. 41.) After filing the motion, it came to the attention of the attorneys representing the parties in this matter that the parties were attempting to reach a settlement. As such, the parties seek to stay the motions, and any corresponding response deadlines, to give the parties the opportunity to settle their claims. Seeing that the parties are in agreement, and that there are no pressing deadlines in this case with regards to the filing of dispositive motions or trial, the Court will grant the requested relief. Accordingly, it is

**ORDERED, DECREED AND ADJUDGED**

1. The Joint Motion to Stay Defendants' Motion for Summary Judgment and Motion to Dissolve Temporary Injunction (Doc. No. 45) is **GRANTED**.

2. This case is stayed pending the outcome of settlement discussions, and Plaintiff shall

have until and including <u>April 11, 2008</u>, to respond to Defendants' Motion for Summary Judgment.

3. The Preliminary Injunction entered in this case (<u>See</u> Doc. No. 16, entered October 24, 2007) shall remain in full force and effect.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of March, 2008.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Daniel C. Johnson, Esq.
Carl Dorian Dawson, Esq.
Robby Thomas Cook, Esq.